AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | )| |
|---|---|---|
| Estate of Avraham Goldman (see attached rider) | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.   24-1043-LDH-SJB |
| | ) | |
| Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A. | ) | |
| _Defendant(s)_ | ) | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Lafarge S.A., 14-16 boulevard Garibaldi, 92130 Issy-les-Moulineaux
Lafarge Cement Holding Limited, Ναυπλίου, 15, Floor 2, 3025, Λεμεσός, Κύπρος
Lafarge Cement Syria S.A., 14-16 boulevard Garibaldi 9 2130 Issy-les-Moulineaux

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Melissa Fox
Stein Mitchell Beato & Missner LLP
2000 K Street NW
Suite 600
Washington D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
_CLERK OF COURT_

Date: 2/12/2024



s/M. Layne
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ESTATE OF AVRAHAM GOLDMAN, NITZHIYA GOLDMAN, MAYA GOLDMAN COHEN, SHARON GOLDMAN-NAJMAN, GILA NISSENBAUM, NATHAN GOLDMAN, ESTATE OF YONATAN SUHER, INBAL MEROM, G.S., a minor, by his legal guardian INBAL MEROM, U.S., a minor, by his legal guardian INBAL MEROM, RANDOLPH SUHER, YAEL SUHER, AMIR SUHER, EYAL SUHER, ERAN SUHER, and EDEETE SUHER, | : : : : : : : : : : : : | **Case No. 24-1043**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| Plaintiffs, | : : | |
| -against- | : : | |
| LAFARGE S.A., LAFARGE CEMENT HOLDING LIMITED, and LAFARGE CEMENT SYRIA S.A., | : : : : | |
| Defendants. | : : : : | |

**<u>RIDER TO PROPOSED SUMMONS LISTING ALL PLAINTIFFS</u>**

1.   Estate Of Avraham Goldman

2.   Nitzhiya Goldman

3.   Maya Goldman Cohen

4.   Sharon Goldman-Najman

5.   Gila Nissenbaum

6.   Nathan Goldman

7.   Estate Of Yonatan Suher

8.   Inbal Merom

9.   G.S., a minor, by his legal guardian INBAL MEROM

10.   U.S., a minor, by his legal guardian INBAL MEROM

11.  Randolph Suher

12.  Yael Suher

13.  Amir Suher

14.  Eyal Suher

15.  Eran Suher

16.  Edeete Suher