UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM GOLDMAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>    *Defendants*. | Civil No. 1:24-cv-01043-NGG-PK |
| HELEN JANE WILSON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>    *Defendants*. | Civil No. 1:25-cv-01975-NGG-PK |

**[PROPOSED] ORDER GRANTING DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFFS' PRIMARY LIABILITY CLAIMS**

Upon consideration of Defendants' Combined Motion to Dismiss Plaintiffs' Primary Liability Claims in their Complaints and all briefing, papers, and argument relating to the Motion, it is hereby ORDERED that pursuant to Fed. R. Civ. P. 12(b)(6):

1. Defendants' Motion is **GRANTED**;

2. Counts IV-VI of the *Wilson* Complaint (Dkt.1) are **DISMISSED** with prejudice; and

3. Counts I-III of the *Goldman* Complaint (Dkt.1) are **DISMISSED** with prejudice.

SO ORDERED this _____ day of _____, _____.

                                                                                                     _____
                                                                                                     HON. NICHOLAS G. GARAUFIS
                                                                                                     UNITED STATES DISTRICT JUDGE