AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| ESTATE OF AVRAHAM GOLDMAN, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-01043-NGG-PK |
| LAFARGE S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 02/26/2026

/s/ Joshua D. Branson
*Attorney's signature*

Joshua D. Branson
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
*Address*

jbranson@kellogghansen.com
*E-mail address*

(202) 326-7944
*Telephone number*

(202) 326-7999
*FAX number*