**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANE FOLEY, *et al.*,<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.*,<br>Defendants. | Case No. 23-cv-05691-NGG-PK |
| ESTATE OF AVRAHAM GOLDMAN, *et al.*,<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.*,<br>Defendants. | Case No. 24-cv-01043-NGG-PK |
| JASON BLACK, *et al.*,<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.*,<br>Defendants. | Case No. 24-cv-08901-NGG-PK |
| CHRISTINE STALLTER, *et al.*,<br>Plaintiffs,<br>v.<br>LAFARGE S.A., *et al.*,<br>Defendants. | Case No. 25-cv-06749-NGG-PK |

**NOTICE OF PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated August 24, 2026, and the declarations, appendices, and exhibits annexed thereto, and upon all papers and proceedings herein, Plaintiffs in the above-captioned cases, through their undersigned counsel, will move this Court, before the Honorable Peggy Kuo, United States Magistrate Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and at a time designated by the Court, for an Order sanctioning Defendants for spoliation.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Joshua D. Branson*
Joshua D. Branson (*pro hac vice*)
Andrew E. Goldsmith
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com

*Counsel for Foley Plaintiffs, Goldman Plaintiffs, Black Plaintiffs, and Stallter Plaintiffs*

Lillian V. Smith (*pro hac vice*)
Christopher C. Goodnow (*pro hac vice*)
James A. Ruck (*pro hac vice*)
Eric J. Maier (*pro hac vice*)
Chase H. Robinett (*pro hac vice*)
Kaleb J. LeGore (*pro hac vice*)
Seth D. Crockett (*pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
lsmith@kellogghansen.com
cgoodnow@kellogghansen.com
jruck@kellogghansen.com
emaier@kellogghansen.com
crobinett@kellogghansen.com
klegore@kellogghansen.com
scrockett@kellogghansen.com

Adam J. Goldstein
Ryan Sparacino (*pro hac vice*)
Stacey Wilson (*pro hac vice*)
SPARACINO PLLC
1920 L Street, N.W., Suite 835
Washington, D.C. 20036
(202) 629-3530
adam.goldstein@sparacinopllc.com
ryan.sparacino@sparacinopllc.com
stacey.wilson@sparacinopllc.com

Matthew Jason Fisher (*pro hac vice*)
SPARACINO PLLC
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
312-216-5111
matt.fisher@sparacinopllc.com

*Counsel for Foley Plaintiffs*

Kevin L. Attridge (*pro hac vice*)
Melissa Fox
Jonathan E. Missner (*pro hac vice*)
Robert B. Gilmore (*pro hac vice*)
STEIN MITCHELL BEATO
& MISSNER LLP
2000 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 737-7777
Fax: (202) 296-8312
kattridge@steinmitchell.com
mfox@steinmitchell.com
jmissner@steinmitchell.com
rgilmore@steinmitchell.com

Gavriel Mairone
Oceane A. Maher *(pro hac vice)*
MM~LAW LLC
875 North Michigan Ave, Suite 3100
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
oceane@mm-law.com

*Counsel for Goldman Plaintiffs*

James A. Ruck *(pro hac vice)*
Kellogg, Hansen, Todd,
Figel & Frederick PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jruck@kellogghansen.com

Adam J. Goldstein
Stacey Wilson (*pro hac vice*)
Sparacino PLLC
1920 L Street, N.W., Suite 835
Washington, D.C. 20036
(202) 629-3530
adam.goldstein@sparacinopllc.com
stacey.wilson@sparacinopllc.com

Matthew Jason Fisher (*pro hac vice*)
Sparacino PLLC
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
312-216-5111
matt.fisher@sparacinopllc.com

*Counsel for Black Plaintiffs*

James A. Ruck (*pro hac vice*)
Kellogg, Hansen, Todd,
Figel & Frederick PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jruck@kellogghansen.com

Adam J. Goldstein
Ryan R. Sparacino (*pro hac vice forthcoming*)
Stacey Wilson (*pro hac vice*)
Sparacino PLLC
1920 L Street, N.W., Suite 835
Washington, D.C. 20036
(202) 629-3530
adam.goldstein@sparacinopllc.com
ryan.sparacino@sparacinopllc.com
stacey.wilson@sparacinopllc.com

Matthew Jason Fisher (*pro hac vice*)
Sparacino PLLC
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
312-216-5111
matt.fisher@sparacinopllc.com

*Counsel for Stallter Plaintiffs*